UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------

NEW YORK MARINE AND GENERAL
INSURANCE COMPANY,

                  Plaintiff,

-against-

AXIS INSURANCE COMPANY and ACE
AMERICAN INSURANCE COMPANY,

                  Defendants.

**ORDER**

21 Civ. 7183 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        It is hereby ORDERED that the conference in this action previously scheduled for Thursday, January 20, 2022 is adjourned to **Friday, January 21, 2022 at 11:30 a.m.**

Dated: New York, New York
       January 17, 2022

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge