UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---

NEW YORK MARINE AND GENERAL
INSURANCE COMPANY,

                Plaintiff,

- against -

AXIS INSURANCE COMPANY and ACE
AMERICAN INSURANCE COMPANY,

                Defendant.

**AMENDED
ORDER OF DISMISSAL**

21 Civ. 7183 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        The Court having been advised that the parties have reached a settlement, it is ORDERED that the above-entitled action be, and hereby is, dismissed without prejudice but without costs; provided, however, that if the settlement is not consummated within thirty days of this order, either party may apply by letter within the thirty-day period for restoration of the action to the calendar of the undersigned, in which event the action will be restored.  The Clerk of Court is directed to close the case.  Any pending dates and deadlines are adjourned sine die.  The Clerk of Court is directed to terminate the motion at Docket No. 23.

Dated:  New York, New York
          March 3, 2022

                                            SO ORDERED.

                                            _____
                                            Paul G. Gardephe
                                            United States District Judge